UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT PIPE TRADES LOCAL 777 HEALTH FUND, ANNUITY FUND, CONNECTICUT STATE PENSION FUND, APPRENTICE TRAINING FUND, INDUSTRY FUND AND THE UNITED ASSOCIATION OF PLUMBERS AND PIPEFITTERS LOCAL 777      Plaintiffs<br><br>v.<br><br>MEGA MECHANICAL SERVICES, LLC      Defendant | Civil Action No.<br><br><br><br><br><br><br><br><br><br><br><br>September 6, 2017 |

(FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT;
TO COLLECT CONTRIBUTIONS DUE TO PLAINTIFF FUNDS; AND BREACH OF
CONTRACT)

## PARTIES

1.      Plaintiffs Trustees of the Connecticut Pipe Trades Local 777 Health Fund, Annuity Fund, Connecticut State Pension Fund, Apprentice Training Fund, Industry Fund (hereinafter referred to as "the Funds"), are Trustees of a multi-employer employee benefit plan as those terms are defined in Sections 3(3) and 3(37) of the Employee Retirement Income Security Act of 1974, (hereinafter referred

to as "ERISA," 29 U.S.C. Sections 1002(3) and (37)).  The Funds are established and maintained by a Restated Agreement and Declaration of Trust and by a Collective Bargaining Agreement between the United Association of Plumbers and Pipefitters Local 777 (hereinafter referred to as "the Union") and Mega Mechanical Services, LLC, (hereinafter referred to as "Mega Mechanical Services"). The Funds are administered at 1155 Silas Deane Highway, Wethersfield, CT 06109.

2.     The United Association of Plumbers and Pipefitters Local 777 is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. Section 152(5).

3.     The Defendant, Mega Mechanical Services, is doing business under the laws of the State of Connecticut, with an address located at 98 Commerce Street, Glastonbury, CT 06033.  Mega Mechanical Services transacts business in the State of Connecticut as a contractor or subcontractor in the plumbing and pipefitting industry and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(l), (3), and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(l), (3), and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE · 333 EAST RIVER DRIVE · SUITE 101 · EAST HARTFORD, CT  06108 · (860) 290-9610 · FAX (860) 290-9611 · JURIS NO. 405719

## JURISDICTION

4.      This Court has jurisdiction of this action under Sections 502 and 515 of ERISA, 29 U.S.C. Sections 1132 and 1145, and under Section 301 of the LMRA, 29 U.S.C. Section 185(a).   This is an action for breach of a Collective Bargaining Agreement between an employer and a labor organization representing employees in an industry affecting commerce, to collect contributions due to an employee benefit plan under the terms of the Collective Bargaining Agreement.

**COUNT I** (Delinquent Contributions under ERISA)

5.      Mega Mechanical Services entered into a Collective Bargaining Agreement with the United Association of Plumbers and Pipefitters Local 777, establishing the terms and conditions of employment for journeyman and apprentice plumbers and pipefitters employed by Mega Mechanical Services.

6.      Pursuant to the Collective Bargaining Agreement, Mega Mechanical Services is required to pay to the Funds certain sums of money for each hour worked by employees of Mega Mechanical Services covered by the Collective Bargaining Agreement.

7.      On or around November 4, 2015, Mega Mechanical Services entered into a Settlement Agreement with the Funds (hereinafter "2015 Settlement Agreement") that allowed them a payment plan to pay the Funds for overdue benefit contributions for work performed November 2013 through December 2013 and April 2015 through September 2015. The terms and conditions of the 2015 Settlement

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

Agreement required Mega Mechanical Services to make weekly payments until their accumulated contribution debt, as well as the assessed interest, was paid in full.

8.      Subsequent to the execution date of the 2015 Settlement Agreement, Mega Mechanical Services breached the terms and conditions of the settlement agreement. At the time of the breach, Mega Mechanical Services owed the Funds a total of *$139,826.60* for the balance of the principal remaining under 2015 Settlement Agreement, executed in November 2015 for the months of November 2013 through December 2013 and April 2015 through September 2015.

9. On or around September 9, 2016, after its breach of the 2015 Settlement Agreement, Mega Mechanical Services entered into an interim settlement agreement in order to avoid litigation as a result of their breach and failure to meet the payment obligations of the 2015 Settlement Agreement. The interim agreement, like the 2015 Settlement Agreement, required Mega Mechanical Services to remain current in all of its payment obligations for work performed during the debt repayment period.

10. The first interim agreement was approximately three months in duration and Mega Mechanical Services met all of the terms and conditions, including providing timely payment for benefit contributions for work performed during the period of September through December 2016.

11. Mega Mechanical Services signed two additional interim settlement agreements pertaining to the remaining debt initially subject to the 2015 Settlement Agreement.

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

12. At the conclusion of the third interim settlement agreement, Mega Mechanical Services continued to be indebted to the Funds.

13. At present, Mega Mechanical Services still owes **$51,805.02** of the principal initially owed on the 2015 Settlement Agreement.

14. Mega Mechanical Services is also delinquent to the Funds for contributions owed for work performed during the months of May 2017 to present.

15. While Mega Mechanical Services continues to remit payments toward the 2015 Settlement Agreement principal, their failure to pay timely benefit contributions for the period of May 2017 to present is an express breach of their most recently executed interim settlement agreement. Moreover, it is also an express breach of its' Collective Bargaining Agreement with the Union.

16. It is expected that Mega Mechanical Services will continue to perform work throughout the duration of this litigation. Accordingly, Mega Mechanical Services' liability to the Funds at the time of resolution of this litigation is expected to increase.

17. Pursuant to 29 U.S.C. 1132(g)(2), the Defendant is liable to the Plaintiffs for the unpaid contributions, interest on the unpaid contributions, an amount equal to the greater of (a) interest on the unpaid contributions, or (b) liquidated damages provided for in the Plan, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

18. Mega Mechanical Services owes to the Plaintiffs **$51,805.02** which represents the balance due under the 2015 Settlement Agreement as well as

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE · 333 EAST RIVER DRIVE · SUITE 101 · EAST HARTFORD, CT  06108 · (860) 290-9610 · FAX (860) 290-9611 · JURIS NO. 405719

contributions for the amounts owed for any work performed from May 2017 until the resolution of the instant litigation, plus all additional costs afforded to the Funds pursuant to 29 U.S.C. 1132(g)(2).

**WHEREFORE**, Plaintiffs pray for judgment as follows:

A.  Ordering Mega Mechanical Services to make payment on the balance of the 2015 Settlement Agreement in the amount of ***$51,805.02***;

B.  Ordering Mega Mechanical Services to make payment for May through July 2017 contributions as well as payment for all contributions that became due and owing to the Funds for work performed during the pendency up and until the time of the issuance of judgement;

C.  Ordering Mega Mechanical Services to make payment to the respective Plaintiffs for the unpaid contributions referenced in Paragraphs A and B, an amount equal to or greater of (1) interest on the unpaid contributions, or (2) liquidated damages provided for in the Plan, reasonable attorney's fees, and costs of this action, pursuant to 29 U.S.C. Section 1132(g); and

D.  For such further relief as the Court may deem appropriate.

DATED at East Hartford, Connecticut, this 6th day of September 2017.

ATTORNEY FOR PLAINTIFFS,

By:      /s/ Brendan L. Hughes
Brendan L. Hughes, Esq.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT  06108-4203
Tele. No.: (860) 290-9610
Fax No.: (860) 290-9611
Fed. Bar No.: ct 29675
E-mail: bhughes@cheverielaw.com

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE  •  333 EAST RIVER DRIVE  •  SUITE 101  •  EAST HARTFORD, CT  06108  •  (860) 290-9610  •  FAX (860) 290-9611  •  JURIS NO. 405719

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by Section 502(h) of the Employment Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 6th day of September 2017, on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
31 Hopkins Plaza, Suite B2
Baltimore, MD  21201
Attn:  Employee Plans

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C.  20210
Attn:  Assistant Solicitor for Plan
       Benefits Security

ATTORNEY FOR PLAINTIFFS,

By: /s/ Brendan L. Hughes
    Brendan L. Hughes, Esq.
    ROBERT M. CHEVERIE &
    ASSOCIATES, P.C.
    333 East River Drive, Suite 101
    East Hartford, CT  06108-4203
    Tele. No.: (860) 290-9610
    Fax No.: (860) 290-9611
    Fed. Bar No.: ct 29675
    E-mail: bhughes@cheverielaw.com

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE · 333 EAST RIVER DRIVE · SUITE 101 · EAST HARTFORD, CT  06108 · (860) 290-9610 · FAX (860) 290-9611 · JURIS NO. 405719